RECEIVED

MAR 29 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| Malveaux | Civil Action No. 6:15-cv-02728 |
| Versus | Judge Rebecca F. Doherty |
| Social Security Administration | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and noting the absence of objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED** that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**, and this matter is **DISMISSED WITH PREJUDICE**.

Signed at Lafayette, Louisiana, on this 29th day of March, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE